In re LYMAN. In re WICHMAN. (Supreme Court, Appellate Division, First Department. January, 1898.) In the matter of Henry H. Lyman, and in the matter of Charles Wichman. No opinion. Motion denied, on payment if $10 costs, to enable appellant to move to open default in court below. See 49 N. Y. Supp. 1139.

LYMAN v. KORNDORFER. (Supreme Court, Appellate Division, First Department. May 6, 1898.) Action by Henry H. Lyman against Henry Korndorfer. R. R. Scott, for Lyman. V. S. Andrews, for Korndorfer. No opinion. Order affirmed, with $25 costs and disbursements, on the opinion of the court below (49 N. Y. Supp. 559), and on the authority of People v. Hamilton, 25 App. Div. 428, 49 N. Y. Supp. 605.

LYNCH, Appellant, v. COOLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Martin Lynch, as receiver, etc., against Augustine S. Cooley and others. No opinion. Judgment affirmed, with costs. All concur, except ADAMS, J., not voting.

LYONS et al., Respondents, v. CLARY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by William H. Lyons and another against T. F. Clary. No opinion. Judgment and order affirmed, with costs.

McCARTHY, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Jane McCarthy against the city of Syracuse. No opinion. Judgment and order affirmed, with costs.

McCARTHY et al., Respondents, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Dennis McCarthy and another against the New York Central & Hudson River Railroad Company and the Syracuse, Ontario & New York Railway Company. No opinion. Judgment reversed, and new trial ordered, with costs to appellants to abide event. See opinion of FOLLETT, J., in Kenyon v. Same Defendants, 51 N. Y. Supp. 386.

McFADDEN, Respondent, v. MORNING JOURNAL ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) Action by Nellie McFadden against the Morning Journal Association. No opinion. Motion denied. See 51 N. Y. Supp. 275.

McLAUGHLIN v. RAPP et al. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by Thomas McLaughlin against John V. B. Rapp and others. No opinion. Motion denied, on payment of $10 costs.

McMAHON, Respondent, v. LAKE SHORE & M. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Mary McMahon, as administratrix, against the Lake Shore & Michigan Southern Railway Company. No opinion. Motion for reargument denied, with $10 costs. See 51 N. Y. Supp. 1145.

MANNIX, Respondent, v. NASSAU FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) Action by Bridget Mannix against the Nassau Ferry Company. Howard C. Anderson, for the motion. James C. Cropsey, opposed.

PER CURIAM. Applications for reargument are usually based upon the proposition that the opinion of the appellate division shows that the case has been decided upon some misapprehension of the facts or law. This case, however, seemed plain enough to dispose of without a written opinion; yet we are now asked to grant a reargument, because, although we wrote no opinion, our affirmance of the judgment indicates that we did not consider all the circumstances which tell in favor of the appellant. In other words, the position of the appellant is that, if we had understood the case, we certainly would have granted a new trial. As to this, it is enough to say that, if our determination was erroneous, it was not by reason of a failure to consider any of the matters urged upon our attention by the learned counsel for the appellant, either in his oral argument or printed brief. We thought the record justified a view of the facts, involving no impossibility, and leading to the conclusion that the plaintiff was injured in consequence of the negligence of the defendant, without fault on her part. As the facts sufficed to support a recovery, the record disclosed no legal error which would warrant a reversal. The motion for a reargument must be denied, and we do not see that the case involves any question which ought to be sent to the court of appeals. See 51 N. Y. Supp. 1147.

MARKS, Appellant, v. MARKS, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Elizabeth Marks against Harry A. Marks. J. H. Harris, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

MARTIN v. THIRD AVE. RY. CO. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Action by Maria E. Martin against the Third Avenue Railway Company. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 284.

MATTHEWS, Respondent, v. HARVEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1898.) Action by John W. Matthews against Richard S. Harvey. No opinion. Motion to dismiss appeal granted, unless the defendant within 20 days serves and files the proper printed papers on appeal. On compliance with such conditions, motion denied, without costs.

MEDDAUGH, Appellant, v. GORMAN, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1898.) Ac-